In the Matter of the Application of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Crescent Street in the Borough of Queens.

UNITED BOROUGHS REALTY COMPANY, Appellant; FRANK E. HAGEMEYER, Respondent.

*Matter of City of New York (Crescent Street)*, 142 App. Div. 894, appeal dismissed.

(Argued March 14, 1911; decided March 28, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 30, 1910, which affirmed an order of Special Term denying a motion to correct and modify a report of commissioners of estimate and assessment in the above-entitled proceeding.

*Louis Marshall* and *Samuel F. Jacobs* for appellant.

*George E. Blackwell* for Frank E. Hagemeyer, respondent.

*Archibald R. Watson*, Corporation Counsel (*Joel J. Squier*, *Norman J. Marsh* and *William B. R. Faber* of counsel), for City of New York, respondent.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: HAIGHT, J.